[No. 13132-0-I.  Division One.  July 2, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROL KESSMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-00199-2, William C. Goodloe, J., entered May 5, 1983. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Andersen, J.

[Nos. 13040-4-I; 13161-3-I.  Division One.  July 2, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN HAISLEY, *Defendant,* NATHANIEL BEE SIMMONS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN HAISLEY, *Appellant.*

Appeals from judgments of the Superior Court for King County, No. 82-1-03650-8, Lloyd W. Bever, J., entered April 5 and May 2, 1983. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Andersen, J.

[No. 12545-1-I.  Division One.  July 2, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD STERLING GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03584-8, David C. Hunter, J., entered November 4, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.